UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE COBLE GROUP, LLC, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> RAJIV SHARMA, ) <br> ) <br> Relator. ) | No. 1:20-cv-01984-TWP-MJD |

**ORDER TO SHOW CAUSE**

The Amended Complaint in this matter was ordered unsealed on July 5, 2022. [Dkt. 26.] Rule 4(m) of the Federal Rules of Civil Procedure requires service to be made upon a defendant within ninety days of the filing of the Complaint. Fed. R. Civ. P. 4(m). Ninety days have passed since the Amended Complaint was unsealed, and Relator has not filed proof of service on the Defendants in this action. In accordance with Rule 4(m), Relator is ordered to show cause on or before **January 18, 2023**, why this action should not be dismissed for failure to comply with Rule 4(m). If good cause is not shown by that date, the Court will recommend dismissal of this action without prejudice as to any Defendants that has not been served.

SO ORDERED.

Dated: 28 DEC 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.