UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF INDIANA, <br><br> Plaintiffs, <br><br> v. <br><br> ADAPTIVE HEALTHCARE SOLUTIONS, LLC, THE COBLE GROUP, LLS, DIANA KELLEY, DERIN SCOTT, CHELSEA MAUER, MARNIE RAE HALL AND HAROLD COBLE, <br><br> Defendants. <br><br> DR. RAJIV SHARMA <br><br> Relator. | ) ) ) ) ) ) Cause No. 1:20-cv-1984-TWP-MJD ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF CONSENT TO DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b), and in light of the Relator Rajiv Sharma's Motion to Dismiss (Dkt. No. 31), the United States hereby notifies the Court that it consents to the dismissal of this civil action, and all claims in this civil action, against the Defendants, provided that the dismissal is *without prejudice* as to the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

*/s/ Justin Olson*
JUSTIN OLSON
J. TAYLOR KIRKLIN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing through the Court's CM-ECF system, which will electronically serve all counsel of record on this 4th day of January 2023.

*/s/ Justin Olson*
JUSTIN OLSON
Assistant United States Attorney

United States Attorney's Office
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone:   317-226-6333
Facsimile:   317-226-5027
justin.olson2@usdoj.gov

*Attorney for the United States of America*